PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
LUIS REYES MOLINA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LUIS REYES MOLINA,<br><br>    Defendant. | CASE NO. 1:08-cr-00059-AWI<br><br>STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE<br><br>Date:  August 31, 2009<br>Time:  9:00a.m.<br>Judge: Hon. Anthony W. Ishii |

The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Sentencing hearing currently scheduled for Monday, August 31, 2009, at 9:00 a.m., should be vacated and this matter should be continued until Monday, October 5, 2009, at 9:00 a.m.

Additional time is needed for completion of investigation. Mr. Molina is scheduled for a Safety Valve interview, thus needing additional time to complete same.

///

///

///

///

Accordingly, the defendant and the United States agree and stipulate that the Sentencing date currently scheduled for Monday, August 31, 2009 at 9:00 a.m. should be vacated, and continued for 9:00 a.m. on Monday, October 5, 2009.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated: August 25, 2009 | /s/ Preciliano Martinez<br>PRECILIANO MARTINEZ<br>Attorney for Defendant<br>LUIS REYES MOLINA |
| Dated: August 25, 2009 | /s/Kathleen A. Servatius<br><br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   August 25, 2009** | /s/ Anthony W. Ishii<br>CHIEF UNITED STATES DISTRICT JUDGE |